UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Evangeline Semark Lemoine v. Teva Pharmaceuticals USA, et al.*          No. 3:10-cv-20332-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting Motion to Dismiss Walgreens Co. filed on November 24, 2010 (Doc. 49) and the Stipulation of Dismissal filed on January 14, 2013 (Doc. 58), the above case is **DISMISSED** with prejudice in its entirety.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:     /s/*Sara Jennings*
        **Deputy Clerk**

Dated: January 15, 2013

APPROVED:   Digitally signed by David R. Herndon
            Date: 2013.01.15 16:55:13 -06'00'

CHIEF JUDGE
U. S. DISTRICT COURT